# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TONDA GAEDE, )<br> )<br>    Plaintiff, )<br>v. )<br>(1) PROFESSIONA FIRE FIGHTERS OF )<br>OKLAHOMA, AFL-CIO/CLS, IAFF )<br>ASSOCIATION, a Domestic Not for Profit )<br>Corporation, )<br>    Defendant. ) | Case No. 5:16-cv-00993-R |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, by and through her attorney of record, Terry A. Hall, and dismisses the above-captioned cause of action without prejudice to any re-filing.

Respectfully submitted,

HALL, NALLEY & HOLLOWAY, PLLC

 s/ Terry A. Hall
Terry A. Hall, OBA #10668
4000 N. Kickapoo
Shawnee, Oklahoma 74804
(405) 275-5242
(405) 260-9330 (facsimile)
thall@okhnhlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants: none, other than the undersigned Plaintiff's attorney.

s/ Terry A. Hall